**The People of the State of Illinois, plaintiff in error, v. Evelyn Piper, defendant in error. Gen. No. 7,295.**

Petition for restoration of child's custody to father. Petition granted. Error to the County Court of Will county; the Hon. George J. Cowing, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 26, 1924.

Anker C. Jensen, State's Attorney, and Joseph W. Jones, Assistant State's Attorney, for plaintiff in error. Cowing & King, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Mary Ann Lebioda, defendant in error, v. Joseph Lebioda, plaintiff in error. Gen. No. 7,326.**

Bill for divorce. Decree for complainant. Error to the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 26, 1924. Rehearing denied October 8, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Scanlan & Massieon and Butters & Butters, for plaintiff in error. W. A. Panneck, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Joe Saldino, appellee, v. Rockford City Traction Company, appellant.**

**Vito Digirolamo, appellee, v. Rockford City Traction Company, appellant. Gen. No. 7,335.**

Action for negligent injury to automobile in collision. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed July 26, 1924.

Fisher, North, Linscott & Gibboney, for appellant. Knight & Mohr, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Louis Smith, appellee, v. John Stoecker, appellant. Gen. No. 7,343.**

Assumpsit for work and labor. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 26, 1924.

Henry Mansfield, David J. Cowan and Hunt, Montgomery & Kelly, for appellant. Scholes & Pratt, for appellee; H. F. Brannon, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.